## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>DECURTIS LLC,[1]<br><br>          Debtor. | )<br>) Chapter 7<br>)<br>) Case No. 23-10549 (JKS)<br>)<br>)<br>) Hearing Date: March 4, 2026 at 10:00 a.m. (ET)<br>) Obj. Deadline: February 25, 2026 at 4:00 p.m. (ET) |

### NOTICE OF MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING ESCROW AGENT TO DISTRIBUTE FUNDS FOR PAYMENT OF PROFESSIONAL FEES AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that Potter Anderson & Corroon LLP ("Potter Anderson"), as the escrow agent and former counsel to DeCurtis LLC, the debtor in the above-captioned case, filed the *Motion for Entry of an Order (I) Authorizing Escrow Agent to Distribute Funds for Payment of Professional Fees and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, on or before **February 25, 2026 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon and received by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable J. Kate

---

[1] The Debtor in this chapter 7 case, along with the last four digits of each Debtor's federal tax identification number is DeCurtis LLC (9241).

Stickles at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 on **March 4, 2026 at 10:00 a.m. (ET).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 18, 2026
      Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
      astulman@potteranderson.com
      gflasser@potteranderson.com
      srizvi@potteranderson.com

*Escrow Agent and Former Counsel to the Debtors*