**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECURTIS LLC,[1] | ) | Case No. 23-10549 (JKS) |
| | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING FIRST AND FINAL
APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM AUGUST 29, 2023 THROUGH JULY 31, 2025**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a First and Final application for allowance of compensation and reimbursement of expenses for the period from August 29, 2023 through July 31, 2025 (the "First and Final Fee Application"). The Court has reviewed the First and Final Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First and Final Fee Application, and any hearing on the First and Final Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First and Final Fee Application. Accordingly, it is hereby

ORDERED that the First and Final Fee Application is GRANTED, on a final basis. Fees in the amount of $69,631.00, and costs in the amount of $793.45, are allowed on a final basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $69,631.00 as

---

[1] The Debtor's case was jointly administered with the chapter 7 case of DeCurtis Holdings LLC, Case No. 23-10548 (JKS) (the "Lead Case"). The Lead Case was closed on October 4, 2025.
.

compensation and $793.45 as reimbursement of expenses, for a total of $70,424.45 for services rendered and disbursements incurred by PSZ&J for the period August 29, 2023 through July 31, 2025.

      ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

      ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.