**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DECURTIS LLC,[1] | Case No. 23-10549 (JKS) |
| Debtor. | |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GIULIANO, MILLER & COMPANY, LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD AUGUST 29, 2023 THROUGH AUGUST 27, 2025**

Upon consideration of the Application of Giuliano Miller and Company, LLC ("GMCO"), Accountants and Financial Advisors to Alfred T. Giuliano (the "Trustee"), Chapter 7 Trustee for the estate of DeCurtis Holdings LLC, et al., for and Order Granting First and Final Compensation and Reimbursement of Expenses, for the period of August 29, 2023 through August 27, 2025 (the "Application");  and the Court having thoroughly reviewed the Application; and the Court finding that, after notice and hearing: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate and proper under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; and  for other and good cause:

HEREBY ORDERED THAT:

1. The Application is GRANTED.

---

[1] The Debtor's case was jointly administered with the chapter 7 case of DeCurtis Holdings LLC, Case No. 23-10548 (JKS) (the "Lead Case"). The Lead Case was closed on October 4, 2025.

2. GMCO be and hereby is awarded compensation in the amount of $9,487.00 for services rendered, and $39.40 for costs and expenses incurred for the period August 29, 2023 through August 27, 2025.

3. Any unpaid amounts awarded shall be paid forthwith by the Chapter 7 Trustee.