# **EXHIBIT A**

4896-6779-8162.3 31273.001

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECURTIS LLC, | ) | Case No. 23-10549 (JKS) |
| | ) | |
| Debtor.[1] | ) | |

## AMENDED[2] INDEX TO FINAL FEE APPLICATION BINDER IN CONNECTION WITH THE HEARING SCHEDULED ON MARCH 4, 2026 AT 10:00 A.M. (EASTERN TIME)

### FINAL FEE APPLICATIONS:

1. First and Final Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From August 29, 2023 through July 31, 2025 [Filed: 9/9/25] (Case No. 23-10548, Docket No. 791)

   Response Deadline: February 26, 2026 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   C. [Proposed] Order Granting First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From August 29, 2023 through July 31, 2025 [Filed: 9/9/25] (Case No. 23-10548, Docket No. 791-3);

   D. Notice of First and Final Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From August 29, 2023 through July 31, 2025 [Filed: 2/12/26] (Case No. 23-10549, Docket No. 25); and

   E. **Certification of No Objection Regarding First and Final Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From August 29, 2023 through July 31, 2025 [Filed: 3/2/25] (Case No. 23-10549, Docket No. 29).**

---

[1] The Debtor's case was jointly administered with the chapter 7 case of DeCurtis Holdings LLC, Case No. 23-10548 (JKS) (the "Lead Case"). The Lead Case was closed on October 4, 2025.

[2] **Amended items are in bold.**

Status: **A certificate of no objection has been filed. No hearing is necessary unless the Court has questions.**

2. First and Final Application for Compensation and Reimbursement of Expenses of Giuliano, Miller and Company, LLC as Accountants and Financial Advisors to the Chapter 7 Trustee for the Period August 29, 2023 through August 27, 2025 [Filed: 9/15/25] (Case No. 23-10548, Docket No. 793)

   Response Deadline: February 26, 2026 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. [Proposed] Order Granting First and Final Fee Application for Compensation and Reimbursement of Expenses of Giuliano, Miller and Company, LLC as Accountants and Financial Advisors to the Chapter 7 Trustee for the Period August 29, 2023 through August 27, 2025 [Filed: 9/15/25] (Case No. 23-10548, Docket No. 793-5);

   B. Notice of First and Final Application for Compensation and Reimbursement of Expenses of Giuliano, Miller and Company, LLC as Accountants and Financial Advisors to the Chapter 7 Trustee for the Period August 29, 2023 through August 27, 2025 [Filed: 2/12/26] (Case No. 23-10549, Docket No. 26); and

   C. **Certification of No Objection Regarding First and Final Application for Compensation and Reimbursement of Expenses of Giuliano, Miller and Company, LLC as Accountants and Financial Advisors to the Chapter 7 Trustee for the Period August 29, 2023 through August 27, 2025 [Filed: 3/2/25] (Case No. 23-10549, Docket No. 30).**

   Status: **A certificate of no objection has been filed. No hearing is necessary unless the Court has questions.**

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: March 2, 2026 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:   bsandler@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |

6

4896-6779-8162.3 31273.001

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECURTIS LLC, | ) | Case No. 23-10549 (JKS) |
| | ) | |
| | ) | |
| Debtor.[1] | ) | |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 2nd day of March, 2026, I caused a copy of the following document to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 4, 2026 AT 10:00 A.M. (ET) BEFORE THE HONORABLE J. KATE STICKLES IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801**

                                                                                                   */s/ Peter J. Keane*
                                                                                                    Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtor's case was jointly administered with the chapter 7 case of DeCurtis Holdings LLC, Case No. 23-10548 (JKS) (the "Lead Case"). The Lead Case was closed on October 4, 2025.

4896-6779-8162.3 31273.001