IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECURTIS LLC, | ) | Case No. 23-10549 (JKS) |
| | ) | |
| | ) | |
| Debtor.[1] | ) | **Re: Docket No. 17** |

## CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S FINAL REPORT (TFR) AND APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Trustee's Final Report (TFR) and Application for Trustee's Compensation and Expenses* (the "Report and Application") [Docket No. 17] filed on November 21, 2025. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Report and Application appear thereon. Pursuant to the *Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)* [Docket No. 18], objections to the Report and Application were to be filed and served no later than December 12, 2025. The Report and Application were renoticed for a hearing on March 4, 2026 at 10:00 a.m. (ET) pursuant to a rescheduled hearing notice [Docket Nos. 21, 22]. No objections or responses to the Report and Application have been received.

Accordingly, it is hereby respectfully requested that the proposed *Order of Distribution* attached hereto as **Exhibit A** and proposed *Order Awarding Trustee's Compensation and Expenses* attached hereto as **Exhibit B** be entered at the Court's convenience.

---

[1] The Debtor's case was jointly administered with the chapter 7 case of DeCurtis Holdings LLC, Case No. 23-10548 (JKS) (the "Lead Case"). The Lead Case was closed on October 4, 2025.

DE:4915-2429-5827.1 31273.001

2

Dated:  March 2, 2026          PACHULSKI STANG ZIEHL & JONES LLP

<u>*/s/ Peter J. Keane*</u>
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:     bsandler@pszjlaw.com
            pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*