# **EXHIBIT B**

DE:4915-2429-5827.1 31273.001

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>DeCurtis, LLC<br>*a/k/a DeCurtis Corporation*<br>　　　　　　　　　Debtor. | Chapter 7<br>Case No. 23-10549/JKS |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

*AND NOW*, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is *ORDERED*, that the sum of $5,714.67 is reasonable compensation for the services in this case by Alfred T. Giuliano; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $26.11 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.