**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECURTIS LLC, | ) | Case No. 23-10549 (JKS) |
| | ) | |
| | ) | |
| Debtor.[1] | ) | **Re: Docket No. 31** |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MARCH 4, 2026 AT 10:00 A.M. (ET) BEFORE THE HONORABLE J. KATE STICKLES
IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR,
COURTROOM 6, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**FINAL FEE APPLICATIONS:**

1. Attached hereto as Exhibit A is a complete list of the final fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee application, and documents related thereto, that were previously submitted to the Court, pursuant to the Court's Chambers' Procedures.

   Response Deadline: February 26, 2026 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents: None.

   Status: Certificates of no objection have been filed for the final fee applications, and it is respectfully requested that the Court enter the proposed orders. No hearing is necessary unless the Court has questions.

---

[1] The Debtor's case was jointly administered with the chapter 7 case of DeCurtis Holdings LLC, Case No. 23-10548 (JKS) (the "Lead Case"). The Lead Case was closed on October 4, 2025.

[2] **Amended items are in bold.**

4896-6779-8162.4 31273.001

**MATTER UNDER CERTIFICATE OF NO OBJECTION:**

2.  Motion for Entry of an Order (I) Authorizing Escrow Agent to Distribute Funds for Payment of Professional Fees and (II) Granting Related Relief [Filed: 2/18/26] (Case No. 23-10549, Docket No. 27).

    Response Deadline: February 25, 2026 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A.  [Proposed] Order Authorizing Escrow Agent to Distribute Funds for Payment of Professional Fees and (II) Granting Related Relief [Filed: 2/18/26] (Case No. 23-10549, Docket No. 27-1); and

    B.  Certification of No Objection Regarding Motion for Entry of an Order (I) Authorizing Escrow Agent to Distribute Funds for Payment of Professional Fees and (II) Granting Related Relief [Filed: 3/2/25] (Case No. 23-10549, Docket No. 28).

    Status:  A certificate of no objection has been filed. No hearing is necessary unless the Court has questions.

**TRUSTEE'S FINAL REPORT**

3.  **Trustee's Final Report (TFR) [Filed 11/21/25] (Docket No. 17)**

    **Response Deadline:  December 12, 2025**

    **Responses Received:  None.**

    **Related Documents:**

    A.  **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object [Filed: 11/21/25] (Docket No. 18).**

    B.  **Notice of Trustee's Final Report and Application for Compensation [Filed: 2/5/26] (Docket No. 21)**

    C.  **Notice of Rescheduled Hearing Trustee's Final Report [Filed: 2/5/26] (Docket No. 22)**

    D,  **Certificate of No Objection Regarding Trustee's Final Report (TFR) and Application for Trustee's Compensation and Expenses [Filed: 3/2/26] (Docket No. 32)**

    **Status:  A certificate of no objection has been filed on the Trustee's Final Report and Application for Trustee's Compensation and Expenses. No hearing is necessary unless the Court has questions.**

2

| | |
|---|---|
| Dated: March 2, 2026 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:   bsandler@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |

3

4896-6779-8162.4 31273.001